UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ABENA BAPTISTE-GOODEN

        Plaintiff,

vs.

ROCHESTER POLICE DEPARTMENT,
KEVIN KOEHN, DAVID SMITH

        Defendants.

STIPULATION
DISCONTINUING ACTION

Civil Action No.: 14-cv-6686

MAR 02 2017

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned herein, that whereas no party is an infant or an incompetent for whom a committee or a conservatee has been appointed, and no person not a party has an interest in the subject matter of this proceeding, the same be and hereby is discontinued, with prejudice and without costs to any party as against the other. This Stipulation may be filed without further notice.

DATED: 2/28, 2017
Rochester, New York

_____
ABENA BAPTISTE-GOODEN, Plaintiff
47 Middleburough Park
North Chili, NY 14514

BRIAN F. CURRAN
Corporation Counsel

BY: _____
SPENCER L. ASH, Esq.
Attorneys for Defendants
30 Church Street, Room 400A
Rochester, New York 14614
Telephone: (585) 428-6699

SO ORDERED

_____
ELIZABETH A. WOLFORD
United States District Judge

Date 3-2-17